## In re COCHRAN et al.
### No. 30460.

District Court, W. D. Washington, N. D.
April 17, 1930.

See, also, 40 F.(2d) 282.

George S. Cochran and the marital community composed of George S. Cochran and Evelyn O. Cochran, his wife, were adjudged bankrupt on the petition of George S. Cochran. Thereafter the trustee filed a petition alleging that the bankrupts, as a community and individually, had in their possession $150,000 cash belonging to the estate in bankruptcy, and were concealing the same from the trustee, and praying that an order be issued directing the bankrupts, as a community and individually, to turn over and deliver to the trustee the said sum of $150,000.

The show cause order was served upon Evelyn O. Cochran in the city of Minneapolis, state of Minnesota. To the order she entered a special appearance and challenged the jurisdiction of the court to effectuate any order against the said Evelyn O. Cochran, and moved to quash the service of the show cause order; and also, specially appearing, challenged and demurred to the jurisdiction of the court in the said show cause order matter.

The record shows that Evelyn O. Cochran was, and is, a resident of the city of Minneapolis, state of Minnesota, and was not within the jurisdiction of this court at any of the time in issue.

The referee thereafter sustained the demurrer and challenge to the jurisdiction to entertain summary proceedings against Evelyn O. Cochran. The trustee, feeling aggrieved, has brought the matter into this court for review.

Leopold M. Stern, of Seattle, Wash., for trustee.

S. J. Wettrick, of Seattle, Wash., for Evelyn O. Cochran.

NETERER, District Judge (after stating the facts as above).

The order of the referee sustaining the demurrer and challenge to the jurisdiction to entertain summary proceedings against Evelyn O. Cochran, wife of the bankrupt, is affirmed, and the petition for review is denied.